# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00007-CV

### In re Paul Douglas Durham

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a); *see also* Tex. R. App. P. 52.7(a); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at *2 (Tex. App.—Austin Aug. 13, 2014, orig. proceeding) (denying mandamus relief when relator failed to provide sufficient record from which to evaluate claim for mandamus relief).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: January 14, 2022